# FINAL PRE-TRIAL CONFERENCE MINUTES(1)
## RANDOLPH F. TREECE, U.S. MAGISTRATE JUDGE

Case Name: **Bonilla v. Annucci**     Case No.: **9:11-cv-159 (DNH/RFT)**

Date of Conference: **11/15/2012**     Length of Conference: ~~15~~ **20 minutes**

Appearances: **Angelo Bonilla, Pro Se + Anthony Young, Pro Se (Inmate)**
**Adele M. Taylor-Scott, AAG**

Case Trial Ready: ☒ Yes  ☐ No
Jury Trial: ☒ Yes  ☐ No

Type of Case: **Equal Protection**
e.g. excessive force, malicious prosecution, etc.

Anticipated Length of Trial: **2 Days**

Preferred Trial Location: **?**

Number of Witnesses:

For Plaintiff: **2-3**     For Defendant(s): **2-3**

Likelihood of Settlement:  (1)  (2)  **(3)**  (4)  (5)
(Strong) (Likely) (Possibly) (Doubtful) (Remote)

Brief description of the facts involved:

- **Congregative services and wearing religious head wear**
- **Seeking injunctive relief.**

Language if other than English: _____

Counsel to be appointed? ☒ Yes  ☐ No

Additional comments:

- **Possible consent decree (this is a template out of SDNY).**
- **Young will reach out to the Elders**